Matthew Mellen (Bar No. 233350)
Sarah Adelaars (Bar No.: 281748)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Telephone:    (650) 638-0120
Facsimile:     (650) 638-0125
mellenlaw@yahoo.com

Attorney for Plaintiff,
SUSAN PACINI

Michael Rapkine (#222811)
  mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorney for Defendant,
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN PACINI, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., a Delaware business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 3:12-CV-04605-RS<br><br>[Hon. Richard Seeborg]<br><br>**STIPULATION TO EXTEND EXPERT WITNESS DISCOVERY DEADLINES AND [~~PROPOSED~~] ORDER**<br><br>Trial Date:   September 8, 2014 |

## RECITALS

This stipulation is entered into by and between Plaintiff SUSAN PACINI and Defendant WELLS FARGO BANK, N.A.  The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, the Court ordered all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) be completed on or before April 4, 2014 in the April 15, 2013 Case Management Scheduling Order;
2. WHEREAS, the trial in the above matter is set for September 8, 2014;
3. WHEREAS, absent a stipulation or a court order, the parties must disclose expert testimony at least 90 days before the date set for trial;
4. WHEREAS, the parties agree to stipulate to extend expert witness discovery deadlines.

## STIPULATION

Plaintiff SUSAN PACINI and Defendant WELLS FARGO BANK, N.A., by and through their counsel of record, agree and stipulate as follows:

1. The date for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(i) shall be April 4, 2014.
2. The date for discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be extended from April 4, 2014 to May 30, 2014.

IT IS HEREBY AGREED TO AND STIPULATED.

Dated: February 14, 2014                         MELLEN LAW FIRM

                                        By:     ___*/s/ Sarah Adelaars*____
                                                Sarah Adelaars, Esq.
                                                Attorney for Plaintiff
                                                SUSAN PACINI

1  Dated: February 14, 2014            ANGLIN, FLEWELLING, RASMUSSEN,
2                                       CAMPBELL & TRYTTEN LLP
3
4
                                By:    ___*/s/ Michael Rapkine*_____
5                                      Michael Rapkine, Esq.
                                       Attorney for Defendant
6                                      WELLS FARGO BANK, N.A.

## ~~PROPOSED~~ ORDER

Having reviewed the stipulation of Plaintiff SUSAN PACINI and Defendant WELLS FARGO BANK, N.A. and good cause appearing therefore,

1. The date for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2)(D)(i) shall be April 4, 2014.
2. The date for discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be extended from April 4, 2014 to May 30, 2014.

**IT IS SO ORDERED.**

Dated: 2/19/14

_____
Honorable Richard Seeborg
United States District Judge