1  Michael Rapkine (#222811)
     mrapkine@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Ave., Suite 600
   Pasadena, California  91101-2459
4  Tel: (626) 535-1900 | Fax: (626) 577-7764

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6  ("Wells Fargo")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN PACINI, an individual, | Case No.  3:12-cv-04605-RS |
| Plaintiff, | [Assigned to the Hon. Richard Seeborg] |
| v. | **NOTICE OF SETTLEMENT** |
| WELLS FARGO BANK, N.A., a business entity, and Does 1 through 100, inclusive, | |
| Defendants. | |

TO THE HONORABLE RICHARD SEEBORG AND THE CLERK OF THE COURT:

   Notice is hereby given that plaintiff Susan Pacini and defendant Wells Fargo have reached a settlement in the above-captioned action.  A settlement agreement will be executed shortly and immediately thereafter, the parties will file a joint stipulation and proposed order dismissing this case.

/ / /

/ / /

/ / /

In light of the settlement, the parties request that all hearing dates and deadlines be taken off calendar.

Dated: March 5, 2014

Respectfully submitted,

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: /s/ Michael Rapkine
Michael Rapkine
mrapkine@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.
("Wells Fargo")

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

## NOTICE OF SETTLEMENT

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

| *Attorneys for*<br>*Plaintiff* | *Attorneys for Movant*<br>*Proposed Intervenor*<br>*California Equity Management*<br>*Group, Inc. (CEMG)* |
|---|---|
| Matthew D. Mellen, Esq.<br>Sarah Adelaars, Esq.<br>MELLEN LAW FIRM<br>411 Borel Avenue, Suite 230<br>San Mateo, CA 94402<br>Tel: 650.638.0120 \| Fax: 650.638.0125<br>Email: mellenlaw@yahoo.com | Charles Daniel Carroll, Esq.<br>MCCANN & CARROLL<br>54974 Oak Tree<br>La Quinta, CA  92253<br>Tel: 760.771.0780<br>Email:  cdc@DanCarrollLaw.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **March 5, 2014**.

|  |  |
|---|---|
| Marianne Mantoen<br>(Type or Print Name) | /s/  Marianne Mantoen<br>(Signature of Declarant) |