1  Michael Rapkine (#222811)
     mrapkine@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
3  199 S. Los Robles Ave., Suite 600
   Pasadena, California  91101-2459
4  Tel: (626) 535-1900 | Fax: (626) 577-7764

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
6  ("Wells Fargo")

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

10

11  SUSAN PACINI, an individual,           Case No.  3:12-cv-04605-RS

12                  Plaintiff,             [Assigned to the Hon. Richard Seeborg]

13       v.                               **JOINT STIPULATION REGARDING
                                          DISMISSAL WITH PREJUDICE**
14
    WELLS FARGO BANK, N.A., a business
15  entity, and Does 1 through 100, inclusive,

16

17                  Defendants.

18

19

20       Pursuant to a confidential settlement agreement executed by the parties in March 2014,

21  plaintiff Susan Pacini and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through

22  their attorneys of record, hereby stipulate and agree as follows:

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*93000/BR0587/00830782-1*                    1              CASE NO. 3:12-CV-04605-RS
                                                        JOINT STIPULATION RE DISMISSAL

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1. The action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);

2. Each party shall bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: April 11, 2014          MELLEN LAW FIRM

By: _____
     Sarah Adelaars
     mellenlaw@yahoo.com
Attorneys for Plaintiff
SUSAN PACINI

Dated: April 11, 2014          ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: _____
     Michael Rapkine
     mrapkine@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

## **CERTIFICATE OF SERVICE**

2

3

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

4

5

On the date below, I served a copy of the foregoing document entitled:

6

**JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE**

7

on the interested parties in said case as follows:

8

**Served Electronically Via the Court's CM/ECF System:**

9

10

| *Attorneys for Plaintiff* | *Attorneys for Intervenor* |
|---|---|
| | Charles Daniel Carroll, Esq. |
| Matthew D. Mellen, Esq. | MCCANN & CARROLL |
| Sarah Adelaars, Esq. | 54974 Oak Tree |
| MELLEN LAW FIRM | La Quinta, CA  92253 |
| 411 Borel Avenue, Suite 230 | Tel: 760.771.0780 |
| San Mateo, CA 94402 | Email:  cdc@DanCarrollLaw.com |
| Tel: 650.638.0120 \| Fax: 650.638.0125 | |
| Email: mellenlaw@yahoo.com | |

11

12

13

14

15

16

17

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **April 14, 2014**.

18

19

20

| Marianne Mantoen | /s/  Marianne Mantoen |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

21

22

23

24

25

26

27

28