UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN PACINI, an individual, | Case No. 3:12-cv-04605-RS |
| Plaintiff, | [Assigned to the Hon. Richard Seeborg] |
| v. | **ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| WELLS FARGO BANK, N.A., a business entity, and Does 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to the terms of a confidential settlement agreement, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action against Wells Fargo is dismissed *with prejudice*;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: April 15, 2014

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE